1

2

3

**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

4

5

6

7

8

9

10

| | |
|---|---|
| JAIME MACIAS MARTINEZ<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, ACTING<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:14-CV-001070-SMS<br><br>ORDER GRANTING APPLICATION<br>TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. 2) |

11

12

13

14

By motion filed July 8, 2014, Plaintiff Andrea M. Jackson, proceeding *pro se*, seeks to

proceed *in forma pauperis*. Plaintiff has submitted a declaration that makes the showing required by

28 U.S.C. § 1915(a).

15

16

17

18

Accordingly, the Court **GRANTS** Plaintiff's motion to proceed *in forma pauperis*. The

Clerk of Court is directed to issue new case documents and summonses. Plaintiff's attorney is

directed to serve the Commissioner.

19

20

IT IS SO ORDERED.

21

22

DATED: 7/10/2014                    /s/ SANDRA M. SNYDER
                                                        UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

1